

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-83,985-01

### EX PARTE JUSTIN KEITH STIEBEL, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 13-DCR-064721 HC1 IN THE 434TH JUDICIAL DISTRICT COURT
### OF FORT BEND COUNTY, TEXAS

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of obstruction or retaliation and sentenced to two years' and two months' imprisonment.

On April 13, 2015, an order designating issues was signed by the trial court, and affidavits have been obtained pursuant to that order, but no findings have been forwarded to this Court. It also appears that counsel was appointed on September 18, 2015 and there may have been a hearing on September 28, 2015. We remand this application to the 434th Judicial District Court of Fort Bend

County to allow the trial judge to complete an evidentiary investigation and enter findings of fact and conclusions of law.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: November 11, 2015
Do not publish